UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRIK U DENNIS *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TGHI, Inc. *doing business as Targus,*<br><br>Defendant. | Case No. 19-cv-01707-KAM-RER<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for their respective parties, that the above-entitled action against Defendant TGHI, Inc., doing business as Targus, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| **SHALOM LAW, PLLC**<br><br>By: _____<br>Jonathan Shalom, Esq.<br>124-04 Metropolitan Avenue<br>Key Gardens, New York 11374 | **DENTONS US LLP**<br><br>By: _____<br>Timothy J. Straub<br>1221 Avenue of the Americas<br>New York, New York 10020 |

Dated: August 5, 2019