UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRIK U DENNIS *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

TGHI, Inc. *doing business as Targus*,

Defendant.

Case No. 19-cv-01707-KAM-RER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 6, 2019
BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for their respective parties, that the above-entitled action against Defendant TGHI, Inc., doing business as Targus, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**SHALOM LAW, PLLC**

By: _____
Jonathan Shalom, Esq.
124-04 Metropolitan Avenue
Key Gardens, New York 11374

**DENTONS US LLP**

By: _____
Timothy J. Straub
1221 Avenue of the Americas
New York, New York 10020

Dated: August 5, 2019

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
_____
**Kiyo A. Matsumoto**
**U.S. District Judge**